

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2019

No. 04-19-00465-CV

**IN THE INTEREST OF S.V.E, ET. AL**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01283
Honorable Laura Salinas, Judge Presiding

# O R D E R

On July 5, 2019, appellant filed a notice of appeal seeking to appeal an "order of termination or conservatorship, issued on or about June 18, 2019." On July 17, 2019, a clerk's record was filed in this appeal; however, the clerk's record does not contain a final order. Although this court informally received information that a motion to enter was set for August 6, 2019, the court was subsequently told a motion to enter was not set for that date. This court only has jurisdiction to consider appeals of a final judgment or other appealable order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because the clerk's record filed in this appeal does not contain a final judgment or appealable order, appellant is ORDERED to show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court